

**NUMBER 13-10-00489-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**KEAIS RECORDS SERVICE, INC. AND
SEAGROVE, INC., INDIVIDUALLY,**                                    **Appellants,**

**v.**

**GUERRA & MOORE, LTD., L.L.P.,**                                    **Appellee.**

---

**On appeal from the County Court at Law No. 6
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Vela
Memorandum Opinion Per Curiam**

Appellants, Keais Records Service, Inc. and Seagrove, Inc., Individually, perfected

an appeal from a judgment entered by the County Court at Law No. 6 of Cameron County,

Texas, in cause number CL-09-1835-F.   The parties have filed a joint motion to dismiss

on grounds that the parties have fully compromised and settled their disputes arising out

of this appeal. The parties request that this Court dismiss this case with prejudice to the refiling of same.

The Court, having considered the documents on file and the joint motion to dismiss with prejudice, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
13th day of January, 2011.

2